JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE CHAVEZ, | Case No. 5:20-cv-02282-JWH-SP |
| Plaintiff, | **JUDGMENT** |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC, | |
| Defendants. | |

In accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.

2. Defendants Equifax Information Services LLC; Experian Information Solutions, Inc.; and Trans Union, LLC shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Plaintiff Denise Chavez. Plaintiff Denise Chavez shall take nothing by way of her Complaint. This action is **DISMISSED**.

3. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 20, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-